JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5378FDB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | CONTINUE PRETRIAL MOTIONS |
| vs. | ) | DEADLINE |
| | ) | |
| MICHAEL ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon the stipulated motion of the defendant to continue the pretrial motions due

date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be

continued to June 16, 2005.

DONE this 2nd day of June, 2005.

_____/s/ Franklin D Burgess_____
JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Russell V. Leonard*          */s/ Kurt Hermanns*
Russell V. Leonard                Kurt Hermanns
Attorney for Defendant            Assistant U.S. Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE          1
*United States v. Michael Andrews;* CR05-5378FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**